IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC JOHN SANTIFER,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security

    Defendant.

CIVIL ACTION NO.: 4:20-cv-227

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 1, 2022 Report and Recommendation, (doc. 20), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, this matter is **REMANDED** to the Social Security Administration for further proceedings under 42 U.S.C. § 405(g). The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 21st day of March, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA