AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ERIC JOHN SANTIFER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-227

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 21, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, this matter is remanded to the Social Security Administration for further proceedings under 42 U.S.C. § 405(g).   This case stands closed.

Approved by: _____



March 25, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020