IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ERIC JOHN SANTIFIER,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | CIVIL ACTION NO.: 4:20-cv-227 |

**O R D E R**

The Court **GRANTS IN PART** Plaintiff's Amended Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. 24.) The Court **DENIES AS MOOT** Plaintiff's original Motion for Attorney Fees. (Doc. 23.) Defendants first opposes Plaintiff's requested hourly rate, $212.35/hour for work performed in 2020. (Doc. 25.) However, increases in the cost of living since the passage of the EAJA justifies a much higher rate than the baseline of $125/hour, and Plaintiff has established that his requested rate is in line with prevailing market rates for all years in which the work was performed. See, 28 U.S.C. § 2412(d)(2)(A). The Court also reject's Defendant's contention that .9 hours of Plaintiff's counsel requested time was for clerical tasks. However, the Court agrees that Plaintiff has only requested compensation for 11.1 hours of attorney work. Thus, the Court awards Plaintiff the sum of $2,357.09 for attorney's fees and $0.00 for costs.

Upon the entry of this order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any

remaining funds remitted to Plaintiff.  See Astrue v. Ratliff, 560 U.S. 586, 589 (2010).  If Plaintiff has assigned his award of EAJA fees to counsel, the Government may, in its discretion, accept such assignment and pay the award directly to Plaintiff's counsel.

**SO ORDERED**, this 15th day of July, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA